| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------X<br>IN RE:<br><br>Michele R. Lotz,<br><br>                    Debtor.<br>------------------------------------------------------X | Return Date & Time:<br>December 19, 2017 @ 11:00AM<br><br>Chapter 13<br>Case No. 17-37087-cgm<br><br>**NOTICE OF MOTION TO**<br>**<u>CONTINUE AUTOMATIC STAY</u>** |

**SIRS:**

      **PLEASE TAKE NOTICE,** upon the annexed Motion, the Debtor, will move before Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the Courthouse located at 355 Main Street, Poughkeepsie, New York 12601 on the 19th day of December 2017 at 11:00 o'clock in the forenoon or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. Sec.362 (c) (3) (A) (B) and (C) continuing the automatic stay in this case as to all creditors, and for such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, shall be served and filed at least three (3) days prior to the return date thereof.

Dated:   Poughkeepsie, New York
            December 11, 2017

                                              Yours, etc.

                                              /S/ Julius A. Rivera, Jr., Esq.

                                              Julius A. Rivera, Jr., Esq.
                                              Attorney for Debtor
                                              309 Mill Street
                                              Poughkeepsie, NY 12601
                                              (845) 452-1422

UNITED STATES BANKRUPTCY COURT　　　Return Date & Time:
SOUTHERN DISTRICT OF NEW YORK　　　December 19, 2017 @ 11:00AM
-------------------------------------------------------X
IN RE:
　　　　　　　　　　　　　　　　　　　　Case No. 17-37087-cgm
Michele R. Lotz,　　　　　　　　　　　　　Chapter 13

## MOTION
　　　　　　　　　　Debtors.
-------------------------------------------------------X
TO:　Honorable Cecelia G. Morris  Chief U.S. Bankruptcy Judge

1. This case was filed on December 8, 2017. The Debtor's previous Chapter 13 case was pending within the one year immediately prior to the filing of this petition. The previous case was filed on February 14, 2014 under case number 14-35270, the case was dismissed upon the Trustee's Motion by Order dated November 30, 2017. The legal basis of the dismissal was 11 U.S.C. Sec. 1307 (c)(1) and (c)(6).

2. Shortly after the plan in the previous case was confirmed, the debtors husbands' father was diagnosed with bladder cancer and his mother with dementia. The debtors' husband financial contribution to the household substantially decreased because he had to care for his elderly parents. He missed much work and lost employment due to same. The debtor and her husband had to incur the expense of relocating the husbands parents. They defaulted on their mortgage.  The debtors husbands father passed away in January of 2017 and the debtor and her husband had to pay for the funeral arrangements.

3. There has been a substantial change in circumstances in that the debtors' husband no longer is required to care for his father, he having passed away. Also the debtors' husbands mother is now also cared for by other family and friends.

4. Debtor is acting in good faith in the filing of this petition as she fully intends to comply with all Chapter 13 requirements and there has been a substantial change of circumstances since the dismissal of the previous case.

**WHEREFORE,** it is respectfully requested that the Motion to continue the Automatic Stay be granted and that such other and further relief be entered as the Court deems just and proper.

Dated: Poughkeepsie, New York
December 11, 2017

/S/ Julius A. Rivera, Jr., Esq.
_____
Julius A. Rivera, Jr., Esq.
Attorney for Debtor
309 Mill Street
Poughkeepsie, NY 12601
(845) 452-1422

# MEMORANDUM OF LAW ON BEHALF OF THE DEBTOR

## PRELIMINARY STATEMENT

This Memorandum of Law is respectfully submitted in support of the motion of the Debtors for an Order continuing the automatic stay.

## STATEMENT OF FACTS

The statement of facts in support of the Debtors motion is contained in the Motion attached hereto.

## ARGUMENT

The court in this case should extend the automatic stay pursuant to 11 U.S.C. Section 362(c)(3)(A)(B) and(C) as this case has been filed in good faith.

The Debtor's previous case was dismissed upon the Trustee's Motion to Dismiss based upon Bankruptcy Code Provisions 11 U.S.C. Sec. 1307 (c)(1) and (c)(6). Section 362 (c)(3) (C)(i) (III) states that a case is presumptively filed not in good faith if there has not been a substantial change in the financial or personal affairs of the debtor since the dismissal of the next or previous or any other reason to provide that the case will conclude with a confirmed plan that will be fully performed.

It is respectfully submitted that the facts and circumstances as stated in the attached Motion are sufficient to rebut this presumption of bad faith. The facts and circumstances support a finding that there has been a change in circumstances since the dismissal of the prior case giving reason to conclude that if this court extends the automatic stay, the Debtors will be able to confirm and fully perform the confirmed plan.

## CONCLUSION

For the forgoing reasons, it is respectfully requested that the Court Order that the automatic stay be continued as to all creditors.

Respectfully submitted,

/S/ Julius A. Rivera, Jr., Esq.
_____

Julius A. Rivera, Jr., Esq.
Attorney for Debtors
309 Mill Street
Poughkeepsie, NY 12601
(845) 452-1422

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   Case No. 17-37087-cgm
IN RE:                                                     Chapter 13

Michele R. Lotz,

                Debtor.
-------------------------------------------------------X

## ORDER CONTINUING AUTOMATIC STAY

The court having conducted a hearing on December 19, 2017, and on the record, based upon said hearing, granted a further extension of the stay in this case as to all creditors to and including            , 2018, it is

**ORDERED** that the Automatic Stay in this case as to all creditors is continued to and including            .

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

Michele R. Lotz,

Case No. 17-37087-cgm
Chapter 13

Debtors.
-------------------------------------------------------X

## *CERTIFICATE OF SERVICE*

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Motion, Motion to continue the Automatic Stay with memorandum of Law and proposed order was furnished to the following parties on the 11th day of December, 2017 by United States first-class mail and/or by electronic notification:

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603

Office of the U.S. Trustee
74 Chapel Street, Suite 200
Albany, NY 12207

Michele R. Lotz
242 Cream Street
Poughkeepsie, NY 12601

All Creditors on the attached list

Dated: Poughkeepsie, New York
December 11, 2017

/s/Julius A. Rivera, Jr., Esq.
Julius A. Rivera, Jr., Esq.
Attorney for Debtors
309 Mill Street
Poughkeepsie, New York 12601
(845) 452-1422

```
Label Matrix for local noticing            Poughkeepsie Division              BANK OF AMERICA
0208-4                                     355 Main Street                    NC4-105-03-14
Case 17-37087-cgm                          Poughkeepsie, NY 12601-3315        PO BOX 26012
Southern District of New York                                                 GREENSBORO, NC 27420-6012
Poughkeepsie
Mon Dec 11 12:13:41 EST 2017

BARCLAYS BANK DELAWARE                     CAPITAL ONE                        CARRINGTON MORTGAGE SERVICE, LLC
100 S WEST ST                              ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY   PO BOX 3489
WILMINGTON, DE 19801-5015                  PO BOX 30285                       ANAHEIM, CA 92803-3489
                                           SALT LAKE CITY, UT 84130-0285

CHASE CARD SERVICES                        COLLECTION BUREAU HUDSON VALLEY, INC.   COMENITY BANK
ATTN: CORRESPONDENCE                       PO BOX 831                         PO BOX 182125
PO BOX 15278                               NEWBURGH, NY 12551-0831            COLUMBUS, OH 43218-2125
WILMINGTON, DE 19850-5278

COMENITY BANK / THE LIMITED                COMENITY BANK/FASHBUG              COMENITY BANK/LANE BRYANT
ATTN: BANKRUPTCY                           PO BOX 182789                      ATTN: BANKRUPTCY
PO BOX 182125                              COLUMBUS, OH 43218-2789            PO BOX 182125
COLUMBUS, OH 43218-2125                                                       COLUMBUS, OH 43218-2125

COMENITY BANK/LANE BRYANT                  COMENITY BANK/VICTORIA SECRET      COMENITY BKL/ULTA
PO BOX 182125                              ATTN: BANKRUPTCY                   PO BOX 182125
COLUMBUS, OH 43218-2125                    PO BOX 182125                      COLUMBUS, OH 43218-2125
                                           COLUMBUS, OH 43218-2125

COMENITY CAPITAL BANK/HSN                  COMENITYCAPITAL/MODELL             FINGERHUT
PO BOX 182125                              COMENITY BANK                      BANKRUPTCY DEPT
COLUMBUS, OH 43218-2125                    PO BOX 182125                      6250 RIDGEWOOD RD
                                           COLUMBUS, OH 43218-2125            SAINT CLOUD, MN 56303-0820

GENESIS BANKCARD SRVS                      HUDSON VALLEY FEDERAL              HUDSON VALLEY FEDERAL
15220 NW GREENBRIER PKWY  STE 200          1099 MORTON BLVD                   159 BARNEGAT RD
BEAVERTON, OR 97006-5762                   KINGSTON, NY 12401-1503            POUGHKEEPSIE, NY 12601-5454

KOHLS/CAPITAL ONE                          MAZDA AMER CREDIT                  PRA Receivables Management, LLC
KOHLS CREDIT                               ATTN: CUSTOMER ASSISTANCE CENTER   PO Box 41021
PO BOX 3043                                PO BOX 19734                       Norfolk, VA 23541-1021
MILWAUKEE, WI 53201-3043                   IRVINE, CA 92623-9734

RHINEBECK BANK                             SYNCB/HOME DSN OUTDR L             SYNCB/MUSIC
2 JEFFERSON PLZ                            ATTN: BANKRUPTCY                   ATTN: BANKRUPTCY
POUGHKEEPSIE, NY 12601-4060                PO BOX 965060                      PO BOX 965060
                                           ORLANDO, FL 32896-5060             ORLANDO, FL 32896-5060

SYNCHRONY BANK/ JC PENNEYS                 SYNCHRONY BANK/AMAZON              SYNCHRONY BANK/CARE CREDIT
ATTN: BANKRUPTCY                           ATTN: BANKRUPTCY                   ATTN: BANKRUPTCY
PO BOX 965060                              PO BOX 965060                      PO BOX 965060
ORLANDO, FL 32896-5060                     ORLANDO, FL 32896-5060             ORLANDO, FL 32896-5060
```

| | | |
|---|---|---|
| SYNCHRONY BANK/PC RICHARDS & SONS<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | SYNCHRONY BANK/QVC<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | SYNCHRONY BANK/TJX<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 |
| SYNCHRONY BANK/WALMART<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | TARGET<br>C/O FINANCIAL & RETAIL SRVS<br>MAILSTOPN BT POB 9475<br>MINNEAPOLIS, MN 55440-9475 | United States Trustee<br>74 Chapel Street<br>Albany, NY 12207-2190 |
| WELLS FARGO BANK NV NA<br>PO BOX 31557<br>BILLINGS, MT 59107-1557 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | WFFNB/BOBS DISCOUNT FURNITURE<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 |
| Jeffrey L. Sapir-13<br>As Chapter 13 and 12 Trustee<br>399 Knollwood Road<br>Suite 102<br>White Plains, NY 10603-1936 | Julius A. Rivera Jr.<br>309 Mill Street<br>Poughkeepsie, NY 12601-3115 | Michele R. Lotz<br>242 Cream Street<br>Poughkeepsie, NY 12601-6317 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

WELLS FARGO HM MORTGAG
8480 STAGECOACH CIR
FREDERICK, MD 21701

End of Label Matrix
Mailable recipients   41
Bypassed recipients    0
Total                 41